## OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

v.

## Marie Elena KLARMAN, Respondent.

## No. 1063 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

May 15, 2006.

*ORDER*

PER CURIAM.

AND NOW, this 15th day of May, 2006, upon consideration of the Recommendation of the Three–Member Panel of the Disciplinary Board dated April 4, 2006, the Joint Petition in Support of Discipline on Consent is hereby granted pursuant to Rule 215(g), Pa.R.D.E., and it is

ORDERED that Marie Elena Klarman is suspended on consent from the Bar of this Commonwealth for a period of one year and one day retroactive to January 16, 2006, and she shall comply with all the provisions of Rule 217, Pa.R.D.E.

■

## OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

v.

## Charles C. WRIGHT, Respondent.

## No. 972 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

May 15, 2006.

*ORDER*

PER CURIAM.

AND NOW, this 15th day of May, 2006, upon consideration of the Report and Recommendations of the Disciplinary Board dated March 1, 2006, it is hereby

ORDERED that Charles C. Wright be and he is disbarred from the Bar of this Commonwealth retroactive to December 22, 2004, and he shall comply with all the provisions of Rule 217 Pa.R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.